UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>GLEN ARMS ESTATES, INC., a California Corporation;<br>USMAN ABBAS SYED;<br>and Does 1-10,<br><br>    Defendants. | Case No.: 3:16-CV-00651-JSC<br><br>**ORDER** |

## **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. The Court sets a Status Conference/OSC for  August 18, 2016  at  1:30  ~~am~~ pm at which the parties, by and through their attorneys of record shall show cause why this case is not dismissed. If this case is dismissed prior to this hearing, the hearing will be automatically vacated and no appearance shall be required.

**IT IS SO ORDERED.**

Dated: June 17, 2016

_____ *Jacqueline Scott Corley* ___
HONORABLE JACQUELINE SCOTT CORLEY
United States Magistrate Court Judge